WENDY MEDURA KRINCEK, ESQ., Bar No. 06417
KELSEY E. STEGALL, ESQ., Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kstegall@littler.com

Attorneys for Defendants
HOMEGOODS, INC. and THE TJX COMPANIES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA McMANUS,<br><br>    Plaintiff,<br><br>vs.<br><br>HOMEGOODS, INC., a foreign corporation; THE TJX COMPANIES, INC., a foreign corporation; DOES 1 through 100; and ROE ENTITIES A through Z, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-02240-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff PATRICIA McMANUS ("Plaintiff"), by and through her attorney of record, Paul S. Padda, Esq., and Defendants HOMEGOODS, INC. and THE TJX COMPANIES, INC. (collectively "Defendants"), by and through their attorneys of record, Littler Mendelson, hereby stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint from the current deadline of March 16, 2020, up to and including **March 30, 2020.**

As Defense counsel was unaware of service of the Complaint, this extension is necessary to provide adequate time for Defense counsel to become familiar with the allegations in the Complaint and to prepare a responsive pleading.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: March 16, 2020

Respectfully submitted,

/s/ Paul S. Padda, Esq.
PAUL S. PADDA, ESQ.
PAUL PADDA LAW, PLLC

Attorney for Plaintiff

Dated: March 16, 2020

Respectfully submitted,

WENDY M. KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
HOMEGOODS, INC. and THE TJX COMPANIES, INC.

**IT IS SO ORDERED.**

**Dated this  17th  day of March, 2020.**

**UNITED STATES MAGISTRATE JUDGE**

4847-8180-6263.1 053070.1286

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800