1   WENDY MEDURA KRINCEK, ESQ., Bar No. 06417
    KELSEY E. STEGALL, ESQ., Bar No. 14279
2   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
3   Suite 300
    Las Vegas, NV  89169-5937
4   Telephone:    702.862.8800
    Fax No.:       702.862.8811
5   Email:  wkrincek@littler.com
    Email:  kstegall@littler.com
6
    Attorneys for Defendants
7   HOMEGOODS, INC. and THE TJX COMPANIES, INC.

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11
    PATRICIA McMANUS,                     Case No. 2:19-cv-02240-BNW
12
                    Plaintiff,            **STIPULATION TO EXTEND TIME FOR**
13                                        **DEFENDANTS TO FILE SETTLEMENT**
    vs.                                   **DOCUMENTS AND REQUEST TO**
14                                        **RESCHEDULE STATUS HEARING**
    HOMEGOODS, INC., a foreign
15  corporation; THE TJX COMPANIES,
    INC., a foreign corporation; DOES 1   **[FIRST REQUEST]**
16  through 100; and ROE ENTITIES A
    through Z, inclusive,
17
                    Defendants.
18

19          Plaintiff PATRICIA McMANUS ("Plaintiff"), by and through her attorney of record, Paul S.

20  Padda, Esq., and Defendants HOMEGOODS, INC. and THE TJX COMPANIES, INC. (collectively

21  "Defendants"), by and through their attorneys of record, Littler Mendelson, hereby stipulate to extend

22  the time for Defendants to file a settlement documents and reschedule status hearing currently set on

23  July 15, 2020, (ECF No. 26).

24          The parties are currently finalizing the settlement and need additional time beyond July 15,

25  2020, to do so.  As such, the parties request an extension of thirty (30) days, no earlier than August

26  14, 2020, to hold a telephonic status conference in this regard.

27  / / /

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1      This is the first request for an extension of time to respond to the Complaint.  This request is

2  made in good faith and not for the purpose of delay.

3

4  Dated: July 14, 2020                Dated: July 14, 2020

5  Respectfully submitted,           Respectfully submitted,

6

7  */s/ Paul S. Padda, Esq.*

   PAUL S. PADDA, ESQ.           WENDY M. KRINCEK, ESQ.

8  PAUL PADDA LAW, PLLC         KELSEY E. STEGALL, ESQ.

                                 LITTLER MENDELSON, P.C.

9  Attorney for Plaintiff

                                 Attorneys for Defendants

10                              HOMEGOODS, INC. and THE TJX

                               COMPANIES, INC.

11

12                              **ORDER**

13

14            IT IS HEREBY ORDERED that the Stipulation to Extend Time

            for Defendants to File Settlement Documents and Request to

15          Reschedule Status Hearing (ECF No. 27) is GRANTED.

16            IT IS FURTHER ORDERED that the telephonic Early Neutral

            Evaluation status conference currently set for July 15, 2020 is

17          VACATED and rescheduled to August 13, 2020 at 10:00 a.m.

18            The parties are instructed to call the Audio Conference Line at

    4833-5171-7826.1 053070.1286  (888) 251-2909, access code 7771745, five (5) minutes prior to

19          the hearing time.  Please remain on the line until such time as the

20          Court joins the call and convenes the proceedings.  The use of a

            cell phone or speaker phone during the call is prohibited.  The

21          call must be made using a land line.

22

23

24            UNITED STATES MAGISTRATE JUDGE

25          Dated:  July 15, 2020

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800